motion to vacate denied, with $10 costs, the date for the examination to be fixed upon settlement of the order.

BOUTON et al., Respondents, v. HENDERSON LITHOGRAPHING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Jacob Bouton and others against the Henderson Lithographing Company. J. A. Allen, for appellant.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN and LAUGHLIN, JJ., dissenting.

BRADSHAW et al., Appellants, v. MUTUAL LIFE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by William A. Bradshaw and another, as executor, etc., of Robert C. Bradshaw, deceased, against the Mutual Life Insurance Company of New York.

PER CURIAM. Judgment and order affirmed, with costs. See 127 App. Div. 817, 112 N. Y. Supp. 107.

McLENNAN, P. J., and KRUSE, J., dissent.

BRAUNSDORF, Appellant, v. KNOX et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Henry R. Braunsdorf against John K. Knox and another. No opinion. Judgment affirmed, with costs.

BRENDLIN v. BEERS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Emil C. Brendlin against Lucius H. Beers. No opinion. Motion granted upon defendant's filing stipulation as provided in order. Order signed. See, also, 68 Misc. Rep. 310, 123 N. Y. Supp. 1062.

BRENNAN v. JOLINE et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Peter Brennan against Adrian H. Joline and others, as receivers, etc. No opinion. Application denied, with $10 costs. Order signed. See, also, 125 N. Y. Supp. 525.

BRINCKERHOFF v. COHN. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Juanna Brinckerhoff against Sigsmund Cohn. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order, and, upon failure to comply with such terms, an order dismissing appeal to be entered without further notice. Order filed. See, also, 137 App. Div. 949, 122 N. Y. Supp. 1123.

BRODY, ADLER & KOCH CO. v. DENT. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the Brody, Adler & Koch Company against Thomas A. Dent. No opinion. Application denied, with $10 costs. Order signed.

BROOKLYN UNION COAL CO., Respondent, v. LYONS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by the Brooklyn Union Coal Company against James Lyons, Incorporated, and another. No opinion. Order affirmed, with $10 costs and disbursements.

BRUSH, Appellant, v. PITBLADDO, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Thomas H. Brush against Grant R. Pitbladdo. No opinion. Judgment of the Municipal Court affirmed, with costs.

BUCHANAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Sarah Buchanan against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CAILLER, Respondent, v. CHIRIS, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Arthur G. Cailler against Joseph Antoine George Chiris. No opinion. Order affirmed, with $10 costs and disbursements.

CALDWELL et al. v. GLAZIER. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Edward F. Caldwell and others against Henry S. Glazier. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 App. Div. 826, 123 N. Y. Supp. 622.

In re CALLAHAN. (Supreme Court, Appellate Division, Second Department. October 19, 1910.) In the matter of the objection of Patrick E. Callahan to the Independence League certificate of nomination for justices of the Supreme Court. No opinion. Order affirmed on argument, without costs. Affirmed (93 N. E. 262).

CALLAHAN, Appellant, v. MUNSON S. S. LINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1910.) Action by Michael Callahan against the Munson Steamship Line and another. No opinion. Reargument ordered, and case set down for Tuesday, November 22, 1910.

CAMPBELL ART CO., Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by the Campbell Art Company against Theodore H. Smith. C. G. Signor, for appellant. G. Ryall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CANARISE OPERATING CO., Appellant, v. TILTZ, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Canarise Operating Company against Bertha Tiltz. No opinion. Judgment of the Municipal Court affirmed, with costs.